

| | THE CITY OF NEW YORK | |
|---|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | ALEXANDRA CORSI<br>*Senior Counsel*<br>Tel.: (212) 356-3545<br>acorsi@law.nyc.gov |

January 5, 2024

**BY ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: *John Spry vs. City of New York, et al.*, 23 CV 7983 (DLC)

Your Honor:

       I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and a supervising attorney in the Special Federal Litigation Division. In that capacity, I write with the consent of plaintiff's counsel, Maryanne Kaishian, to respectfully request a thirty-day adjournment of the initial conference currently scheduled for 2:00 p.m. on January 12, 2024, to a date and time convenient for the Court after February 11, 2024. This is the first request for an adjournment of the initial conference and as noted above, plaintiff's counsel consents to this request.

       The reason for this request is that the defense of this case is currently in the process of being transferred as Assistant Corporation Counsel, Gregory Musso, is no longer assigned to the case and is leaving employment at the Office of the Corporation Counsel on Monday, January 8, 2024. Given the circumstances, additional time is needed to transfer this case and for the newly assigned Assistant Corporation Counsel to thereafter familiarize themselves so that they can be sufficiently prepared for the initial conference.

*The conference is adjourned to 2/16/24 at 11:30 a.m.*

*[signature]*
*1/5/24*

1