```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JOHN SPRY,                               :    23cv7983(DLC)
                                         :
                        Plaintiff,       :    ORDER OF
            -v-                          :    DISCONTINUANCE
                                         :
CITY OF NEW YORK, et al.,                :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by June 9, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         May 10, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge